RECEIVED
MAY 31 2023
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Maniama Moore
Plaintiff(s),

vs.

Case No. 23-cv-1614 NEB/DLM
(To be assigned by Clerk of District Court)

02553-Diencing
Pagoda Bloomington
Angela Lindsey
District
managen
Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

DEMAND FOR JURY TRIAL

YES [X] NO [X]

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

      Name maniama moore

      Street Address 2645 1st Ave S, unit 501

      County, City hennepin county

      State & Zip Code MN 55408

      Telephone Number 612-719-9705

SCANNED
MAY 31 2023
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

      Name 02553 Piercing Pagoda Bloomington

      Street Address 103 South Avenue

      County, City hennepin Bloomington

      State & Zip Code MN ~~5540~~ 55425

   b. Defendant No. 2

      Name Angela Lindsey

      Street Address 103 South Avenue

      County, City hennepin Bloomington

      State & Zip Code MN 55425

   c. Defendant No. 3

      Name

      Street Address

      County, City

      State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached: ☒**
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Question [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

civil rights 1964 act federal violation

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name: State of Citizenship:

Defendant No. 1: State of Citizenship:

Defendant No. 2: State of Citizenship:

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.** [X]

6. What is the basis for venue in the District of Minnesota? (*check all that apply*)

[X] Defendant(s) reside in Minnesota [X] Facts alleged below primarily occurred in Minnesota

[ ] Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

Defandant violated ms. moore civil rights act 1964 due to employment discrimnation she is entitle to relief

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. additional attached papers of Statement of claim - relief.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** [X]
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Ms. Moore is seeking $300,000 in compensation and seeking a placement for employment.

Signed this ___ day of May 31st 2023

Signature of Plaintiff Mariama Moore

Mailing Address 2645 1st Ave S, unit 501
Minneapolis, MN 55408

Telephone Number 612-719-9705

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.